1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON BENJAMIN,                          No.  2:14-cv-2405 DAD P

12                   Petitioner,

13          v.                                ORDER

14   CALIFORNIA STATE PRISON,
     LANCASTER,
15
                    Respondent.
16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This

19   court will not rule on petitioner's request to proceed in forma pauperis.

20          Petitioner is incarcerated at California State Prison, Los Angeles County and was also

21   convicted in the Los Angeles County Superior Court.  Los Angeles County is in an area embraced

22   by the United States District Court for the Central District of California.

23          Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of

24   confinement have concurrent jurisdiction over applications for habeas corpus filed by state

25   prisoners.  Because petitioner was not convicted in this district, and is not presently confined

26   here, this court does not have jurisdiction to entertain the application.

27   /////

28   /////

                                                  1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

2.  This matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated:  October 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD4:
benj2405.108b

2