JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BENJAMIN, | NO. CV 14-8392-CJC (MAN) |
| Petitioner, | JUDGMENT |
| v. | |
| CALIFORNIA STATE PRISON LANCASTER, | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: October 31, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE